**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000696
06-AUG-2021
09:12 AM
Dkt. 99 OCOR**

NO. CAAP-17-0000696

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


MJ, Plaintiff-Appellee,
v.
CR, Defendant-Appellant
and
CHILD SUPPORT ENFORCEMENT AGENCY,
STATE OF HAWAIʻI, Defendant


APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-P NO. 16-1-6470)


ORDER OF CORRECTION

IT IS HEREBY ORDERED that the Opinion of the court,

filed on June 30, 2021, is hereby corrected as follows:

At page 8, line 7 from the bottom, "Court" should be

"Family Court" so the line reads as follows:

> jurisdiction because the Family Court
> made no specific finding that

At page 11, line 2 from the bottom, remove extraneous

quotation mark at the end of the sentence and replace with "[]"

so the line reads as follows:

> the exercise of personal jurisdiction.[]

At page 14, line 7 within the block quote, add an open

parenthesis before the number 2 so the line reads as follows:

> (2) the claim must be one which arises out of or relates to

At page 16, line 8 from the top, replace "283-84" with "284" so the line reads as follows:

> with the forum State."  Id. at 284 (quoting Burger King Corp.

At page 17, line 17 from the bottom, "Court" should be with a lower case "c" so the line reads as follows:

> grounds.  The court in Miller held that jurisdiction over the

At page 18, line 6 from the bottom, replace "493" with "494" so the line reads as follows:

> of the issue until as late as trial." Id. at 494.  Rather, the

At page 20, line 16 from the top, delete extraneous underline from "Johnston" so the line reads as follows:

> Brewington, 836 F.3d 543, 548 (6th Cir. 2016); Johnston v.

At page 20, line 11 from the bottom, insert a comma after "Shaw" so the line reads as follows:

> Shaw, 76 Hawaiʻi at 327, 876 P.2d at 1295 (emphasis added)

At page 24, line 6 from the bottom, replace "Id." with "495 U.S." so the line reads as follows:

> justice.'"   495 U.S. at 619.  In Burnham, the U.S. Supreme Court held

At page 25, line 17 from the bottom, replace "Id." with "495 U.S." so the line reads as follows:

> party or witness in unrelated judicial proceedings.  495 U.S. at 613.

At page 26, line 16 from the bottom, replace "Id." with "641 F.Supp.2d" so the line reads as follows:

> 641 F.Supp.2d at 481, 486. Glynn
> rejected the plaintiff's theory of

At page 26, line 5 from the bottom, delete the comma after "also" so the line reads as follows:

> 487-88; see also Stewart, 2015 WL 326424
> at *6 (explaining that

At page 27, footnote 14, first line, replace "is" with "has since been amended to" so the line reads as follows:

> [14] Hart cites to HRS § 576B-301(c), but the
> pertinent provision has since been amended to
> HRS

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, August 6, 2021.

/s/ Lisa M. Ginoza
Chief Judge

3